*efiled 1/14/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **GLEN ALLEN MURPHY,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>**T. SELBY, et al.,**<br><br>　　　　　　　　　　　Defendants. | C 07-2299 JF<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME |

Counsel for Defendants Selby and Rodriguez filed a request for a sixty-day extension of time, up to and including March 8, 2008, in which to file a dispositive motion or to indicate that this case cannot be resolved by such a motion.

The Court has read and considered Defendants' request and counsel's accompanying declaration, and finds that good cause exists to grant the request. Accordingly, IT IS HEREBY ORDERED that Defendants' request for an extension of time is GRANTED, and that the time to file a dispositive motion or indicate that this case cannot be resolved by such a motion is extended for sixty days, up to and including March 8, 2007. If Defendants file a dispositive motion, Plaintiff's opposition will be due thirty days from the date Defendants' motion is filed,

///

///

///

[Proposed] Order　　　　　　　　　　　　　　　　　　　　　　　G. Murphy v. T. Selby, et al.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　C 07-2299 JF

1

1 and Defendants' optional reply will be due fifteen days after Plaintiff's opposition is filed.

2 Dated: January 14, 2008

*/s/ Jeremy Fogel*
HON. JEREMY FOGEL
United States District Judge

40203539.wpd

SF2007403125

[Proposed] Order

G. Murphy v. T. Selby, et al.
C 07-2299 JF

2