IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GLEN ALLEN MURPHY,<br><br>                           Plaintiff,<br><br>         v.<br><br>T. SELBY, et al.,<br><br>                           Defendants. | C 07-2299 JF<br><br>[Proposed] Order Granting Defendants' Request for an Extension of Time |

    Counsel for Defendants Selby and Rodriguez filed a request for an extension of time, up to and including June 6, 2008, in which to file a dispositive motion or indicate that this case cannot be resolved by such a motion.

    The Court has read and considered Defendants' request, the Memorandum of Points and Authorities in support and opposition thereto, declarations, all other evidence and the arguments of counsel, and good cause appearing, this Court finds as follows: 1) Defendants' failure to file a dispositive motion or inform the Court that, in Defendants' opinion, this case cannot be resolved by such a motion by March 8, 2008 was the result of excusable neglect; and 2) Plaintiff will not be unduly prejudiced by the granting of Defendants' motion.

    **ACCORDINGLY, IT IS HEREBY ORDERED** that Defendants' motion is GRANTED and that the time to file a dispositive motion or indicate that this case cannot be resolved by such a motion is extended for ninety days, up to and including June 6, 2008. If Defendants file a

[Proposed] Order Grant'g Defs.' Req. Ext. Time      G. Murphy v. T. Selby, et al.
C 07-2299 JF (PR)

1

1 | dispositive motion, Plaintiff's opposition will be due thirty days from the date Defendants'
2 | motion is filed, and Defendants' optional reply will be due fifteen days after Plaintiff's
3 | opposition is filed.
4 | Dated: 4/18/08

The Honorable Jeremy Fogel
United States District Judge

6 | 40240962.wpd

7 | SF2007403125

[Proposed] Order Grant'g Defs.' Req. Ext. Time

G. Murphy v. T. Selby, et al.
C 07-2299 JF (PR)