IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GLEN ALLEN MURPHY,<br><br>                            Plaintiff,<br><br>      v.<br><br>T. SELBY, et al.,<br><br>                            Defendants. | C 07-2299 JF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME** |

Counsel for Defendants Selby and Rodriguez filed a request for an extension of time, up to and including June 16, 2008, in which to file a dispositive motion or indicate that this case cannot be resolved by such a motion.

The Court has considered Defendants' request and all arguments of counsel, and finds good cause to grant this request.

**ACCORDINGLY, IT IS HEREBY ORDERED** that Defendants' motion is GRANTED and that the time to file a dispositive motion or indicate that this case cannot be resolved by such a motion is extended for ten days, up to and including June 16, 2008. If Defendants file a dispositive motion, Plaintiff's opposition will be due thirty days from the date Defendants' motion is filed, and Defendants' optional reply will be due fifteen days after Plaintiff's

///

///

[Proposed] Order Grant'g Defs.' Req. Ext. Time                              G. Murphy v. T. Selby, et al.
                                                                            C 07-2299 JF (PR)

1

1 | opposition is filed.

2 | Dated: 6/12/08

_____
The Honorable Jeremy Fogel
United States District Judge

4 | 10441893.wpd

5 | SF2007403125

[Proposed] Order Grant'g Defs.' Req. Ext. Time

G. Murphy v. T. Selby, et al.
C 07-2299 JF (PR)

2